**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dwayne SOLOMON, Defendant–Appellant.**

**No. 07–14121**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 11, 2008.

Chet Kaufman, William Rourk Clark, Jr., Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Terry Flynn, U.S. Attorney's Office, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, MARCUS and PRYOR, Circuit Judges.

otherwise supported by the record for the reasons stated above.

PER CURIAM:

Chet Kaufman, appointed counsel for Dwayne Solomon in this supervised release revocation and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Solomon's revocation and sentence are **AFFIRMED.**